The order below is hereby signed.

Signed: March 6 2024



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **REPMGMT INC. CHARTERED**, | ) | Case No. 23-00375 |
| d/b/a Fireside Campaigns, | ) | |
| | ) | Chapter 11 |
| Debtor and Debtor in Possession | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **REPMGMT INC. CHARTERED**, | ) | |
| d/b/a Fireside Campaigns, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary No 24-10004 |
| | ) | |
| **CHANNEL PARTNERS CAPITAL, LLC**, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER OF JUDGMENT AND DISMISSAL

This matter coming before the Court upon the motion (the "**Motion**") of RepMGMT Inc.

Chartered, d/b/a Fireside Campaigns ("**Plaintiff**" or the "**Debtor**"), the debtor and debtor in

possession in the above-captioned case (this "**Case**"), pursuant to Rule 9019 of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9019-1 of the Local Rules of the

U.S. Bankruptcy Court for the District of Virginia (the "**Local Rules**"), for entry of an order

approving that certain Settlement Agreement, executed on or about February 8, 2024, by and

1

between the Plaintiff and Channel Partners Capital, LLC ("**Defendant**"), the Court having reviewed the Motion and its subject Settlement Agreement and having been advised on the premises; the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (c) the Debtor provided the required notice of the Motion under Bankruptcy Rules 9019 and 2002, and no other further notice is required, and (e) granting the relief provided for in this Order is in the best interests of the estate, its creditors and other parties in interest; **IT IS HEREBY ORDERED** as follows:

1.      The Motion is granted.

2.      The Settlement Agreement is approved.

3.      The Court hereby enters a judgment holding that (a) the Debtor, as debtor in possession, pursuant to 11 U.S.C. § 547(b), has avoided the security interest that the Debtor had transferred to Defendant in that certain Business Loan and Security Agreement, dated February 13, 2023, between the Debtor and Defendant (the "**Loan Agreement**"); and (b) any and all claims arising under the Loan Agreement are non-priority unsecured claims; and (c) in the Bankruptcy Case, Defendant shall be allowed a general unsecured claim in the amount of One Hundred Twenty-Six Thousand Nine Hundred Ninety-Nine Dollars ($126,999).

I ASK FOR THIS:

*/s/ Robert W. Lannan*

Robert W. Lannan (D.D.C. Bar No. 454965)
Lannan Legal PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 223-8901
robert.lannan@lannanlegal.com

*Counsel to the Debtor and Debtor in Possession*