| Month Ending | 02/29/24 | 03/31/24 | 04/30/24 | 05/31/24 | 06/30/24 | 07/31/24 | 08/31/24 | 09/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | $ 15,037.19 | $ 15,037.19 | $ 12,713.06 | $ 37,325.68 | $ 44,438.30 | $ 5,288.40 | $ 3,525.24 | $ 1,762.09 | $ 3,525.24 | $ 1,762.09 | $ 1,612.19 | |
| **Cash Receipts:** | | | | | | | | | | | | |
| Current Contract(s) | | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 87,500.00 |
| Settlement - American Express | | | $ 17,500.00 | | | | | | | | | $ 17,500.00 |
| Accounts Receivable Collections (Estimated) | | | | | $ 2,000.00 | | | $ 2,000.00 | | $ 2,000.00 | | $ 6,000.00 |
| **Total cash receipts** | $ - | $ 8,750.00 | $ 26,250.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | |
| ar 121441.94 | | | | | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | | | | |
| Commercial Insurance Premium | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | $ (747.00) |
| Google Fee for Cloud-Based Data Storage | | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (1,373.80) |
| **Total operating disbursements** | $ - | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | |
| **Chapter 11 Expenses:** | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | | | | | $ (40,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (100,000.00) |
| Special Counsel Fee | | $ (9,000.00) | | | | | | | | | | $ (9,000.00) |
| Taxes | | $ (250.00) | | | | | | | | | | $ (250.00) |
| Payroll Processing Fees($2,254.64) | | | | | $ (375.77) | $ (375.77) | $ (375.77) | $ (375.77) | $ (375.77) | $ (375.77) | | $ (2,254.64) |
| Priority Unsecured Claims ($99,814.02@4%) | | | | | | | | | | | | $ - |
| Subchapter V Trustee Fee (monthly escrow) | | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | | | | | | | $ (6,000.00) |
| Fireside Operating expenses(bill pay/stamps, etc) | | | | | $ (200.00) | | | $ (200.00) | | $ (200.00) | | $ (600.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | | | $ (7,500.00) | | | | | | | $ (7,500.00) |
| **Total Chapter 11-related disbursements** | $ - | $ (10,750.00) | $ (1,500.00) | $ (1,500.00) | $ (49,575.77) | $ (10,375.77) | $ (10,375.77) | $ (10,575.77) | $ (10,375.77) | $ (10,375.77) | $ (10,200.00) | |
| **Total Cash Disbursements** | $ - | $ (11,074.13) | $ (1,637.38) | $ (1,637.38) | $ (49,899.90) | $ (10,513.15) | $ (10,513.15) | $ (10,899.90) | $ (10,513.15) | $ (10,513.15) | $ (10,524.13) | |
| **Net Cash Flow** | $ - | $ (2,324.13) | $ 24,612.62 | $ 7,112.62 | $ (39,149.90) | $ (1,763.15) | $ (1,763.15) | $ (149.90) | $ (1,763.15) | $ (1,763.15) | $ 225.87 | |
| **Cash Balance End of the week** | $ 15,037.19 | $ 12,713.06 | $ 37,325.68 | $ 44,438.30 | $ 5,288.40 | $ 3,525.24 | $ 1,762.09 | $ 1,612.19 | $ 1,762.09 | $ (1.06) | $ 1,838.06 | |

| Month Ending | 01/31/25 | 02/28/25 | 03/31/25 | 04/30/25 | 05/31/25 | 06/30/25 | 07/31/25 | 08/31/25 | 09/30/25 | 10/31/25 | 11/30/25 | 12/31/25 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | 1,838.06 | 1,450.68 | 1,063.30 | 2,039.17 | 1,401.79 | 1,264.41 | 2,740.28 | 2,602.90 | 1,715.52 | 2,441.39 | 1,554.01 | 666.63 | |
| **Cash Receipts:** | | | | | | | | | | | | | |
| Current Contract(s) | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | $ 105,000.00 |
| Accounts Receivable Collections (Estimated) | | | 2,000.00 | | | 2,000.00 | | | 2,000.00 | | | 2,000.00 | $ 8,000.00 |
| **Total cash receipts** | 8,750.00 | 8,750.00 | 10,750.00 | 8,750.00 | 8,750.00 | 10,750.00 | 8,750.00 | 8,750.00 | 10,750.00 | 8,750.00 | 8,750.00 | 10,750.00 | |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | (186.75) | | | (186.75) | | | (186.75) | | | (186.75) | $ (747.00) |
| Google Fee for Cloud-Based Data Storage | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | $ (1,648.56) |
| **Total operating disbursements** | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | |
| **Chapter 11 Expenses:** | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | (9,000.00) | (9,000.00) | (9,000.00) | (8,000.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | $ (47,000.00) |
| Taxes | | | (250.00) | | | | | | | | | | $ (250.00) |
| Priority Unsecured Claims ($99,814.02@4%) | | | | | (6,000.00) | (6,000.00) | (6,000.00) | (8,000.00) | (8,000.00) | (8,000.00) | (8,000.00) | (8,000.00) | $ (58,000.00) |
| Fireside Operating expenses(bill pay/stamps, etc) | | | (200.00) | | | (200.00) | | | (200.00) | | | (200.00) | $ (800.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | | (1,250.00) | (1,250.00) | (1,250.00) | (1,250.00) | | | | | | $ (5,000.00) |
| **Total Chapter 11-related disbursements** | (9,000.00) | (9,000.00) | (9,450.00) | (9,250.00) | (8,750.00) | (8,950.00) | (8,750.00) | (9,500.00) | (9,700.00) | (9,500.00) | (9,500.00) | (9,700.00) | |
| **Total Cash Disbursements** | (9,137.38) | (9,137.38) | (9,774.13) | (9,387.38) | (8,887.38) | (9,274.13) | (8,887.38) | (9,637.38) | (10,024.13) | (9,637.38) | (9,637.38) | (10,024.13) | |
| **Net Cash Flow** | (387.38) | (387.38) | 975.87 | (637.38) | (137.38) | 1,475.87 | (137.38) | (887.38) | 725.87 | (887.38) | (887.38) | 725.87 | |
| **Cash Balance End of the week** | 1,450.68 | 1,063.30 | 2,039.17 | 1,401.79 | 1,264.41 | 2,740.28 | 2,602.90 | 1,715.52 | 2,441.39 | 1,554.01 | 666.63 | 1,392.50 | |

| Month Ending | 01/31/26 | 02/28/26 | 03/31/26 | 04/30/26 | 05/31/26 | 06/30/26 | 07/31/26 | 08/31/26 | 09/30/26 | 10/31/26 | 11/30/26 | 12/31/26 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | 1,392.50 | 1,505.12 | 1,617.74 | 1,843.61 | 706.23 | 568.85 | 2,044.72 | 3,157.34 | 785.30 | 2,011.17 | 1,623.79 | 1,236.41 | |
| **Cash Receipts:** | | | | | | | | | | | | | |
| Current Contract(s) | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 105,000.00 |
| Accounts Receivable Collections (Estimated) | | | 2,000.00 | | | 2,000.00 | | | 2,000.00 | | | 2,000.00 | 8,000.00 |
| **Total cash receipts** | 8,750.00 | 8,750.00 | 10,750.00 | 8,750.00 | 8,750.00 | 10,750.00 | 8,750.00 | 8,750.00 | 10,750.00 | 8,750.00 | 8,750.00 | 10,750.00 | |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | (186.75) | | | (186.75) | | | (186.75) | | | (186.75) | (747.00) |
| Google Fee for Cloud-Based Data Storage | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (1,648.56) |
| **Total operating disbursements** | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | |
| **Chapter 11 Expenses:** | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (18,000.00) |
| Taxes | | | (250.00) | | | | | | | | | | (250.00) |
| Priority Unsecured Claims ($99,814.02@4%) | (7,000.00) | (7,000.00) | (7,000.00) | (7,000.00) | (6,000.00) | (6,000.00) | (6,000.00) | (1,984.66) | | | | | (47,984.66) |
| Secured Claim($65,500) | | | | | | | | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (7,500.00) | (37,500.00) |
| Unsecured Claims($1,356,429.85) | | | | | | | | | | | | | - |
| Fireside Operating expenses(bill pay/stamps, etc) | | | (200.00) | | | (200.00) | | | (200.00) | | | (200.00) | (800.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | (1,250.00) | (1,250.00) | (1,250.00) | (1,250.00) | | | | | | | (5,000.00) |
| **Total Chapter 11-related disbursements** | (8,500.00) | (8,500.00) | (10,200.00) | (9,750.00) | (8,750.00) | (8,950.00) | (7,500.00) | (10,984.66) | (9,200.00) | (9,000.00) | (9,000.00) | (9,200.00) | |
| **Total Cash Disbursements** | (8,637.38) | (8,637.38) | (10,524.13) | (9,887.38) | (8,887.38) | (9,274.13) | (7,637.38) | (11,122.04) | (9,524.13) | (9,137.38) | (9,137.38) | (9,524.13) | |
| **Net Cash Flow** | 112.62 | 112.62 | 225.87 | (1,137.38) | (137.38) | 1,475.87 | 1,112.62 | (2,372.04) | 1,225.87 | (387.38) | (387.38) | 1,225.87 | |
| **Cash Balance End of the week** | 1,505.12 | 1,617.74 | 1,843.61 | 706.23 | 568.85 | 2,044.72 | 3,157.34 | 785.30 | 2,011.17 | 1,623.79 | 1,236.41 | 2,462.28 | |

| Month Ending | 01/31/27 | 02/28/27 | 03/31/27 | 04/30/27 | 05/31/27 | 06/30/27 | 07/31/27 | 08/31/27 | 09/30/27 | 10/31/27 | 11/30/27 | 12/31/27 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | 2,462.28 | 2,074.90 | 1,687.52 | 663.39 | 1,026.01 | 888.63 | 364.50 | 227.12 | 1,339.74 | 2,065.61 | 2,178.23 | 2,290.85 | |
| **Cash Receipts:** | | | | | | | | | | | | | |
| Current Contract(s) | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 105,000.00 |
| Accounts Receivable Collections (Estimated) | | | | | | | | | | | | | - |
| **Total cash receipts** | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | (186.75) | | | (186.75) | | | (186.75) | | | (186.75) | (747.00) |
| Google Fee for Cloud-Based Data Storage | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (137.38) | (1,648.56) |
| **Total operating disbursements** | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | (137.38) | (137.38) | (324.13) | (2,395.56) |
| **Chapter 11 Expenses:** | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (1,500.00) | (18,000.00) |
| Taxes | | | (250.00) | | | | | | | | | | (250.00) |
| Unsecured Claims($1,356,429.85) | | | | | (6,000.00) | (6,000.00) | (6,000.00) | (6,000.00) | (6,000.00) | (7,000.00) | (7,000.00) | (7,000.00) | (51,000.00) |
| Secured Claim($65,500) | (7,500.00) | (7,500.00) | (7,500.00) | (5,500.00) | | | | | | | | | (28,000.00) |
| Fireside Operating expenses(bill pay/stamps, etc) | | | (200.00) | | | (200.00) | | | (200.00) | | | (200.00) | (800.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | | (1,250.00) | (1,250.00) | (1,250.00) | (1,250.00) | | | | | | (5,000.00) |
| **Total Chapter 11-related disbursements** | (9,000.00) | (9,000.00) | (9,450.00) | (8,250.00) | (8,750.00) | (8,950.00) | (8,750.00) | (7,500.00) | (7,700.00) | (8,500.00) | (8,500.00) | (8,700.00) | |
| **Total Cash Disbursements** | (9,137.38) | (9,137.38) | (9,774.13) | (8,387.38) | (8,887.38) | (9,274.13) | (8,887.38) | (7,637.38) | (8,024.13) | (8,637.38) | (8,637.38) | (9,024.13) | |
| **Net Cash Flow** | (387.38) | (387.38) | (1,024.13) | 362.62 | (137.38) | (524.13) | (137.38) | 1,112.62 | 725.87 | 112.62 | 112.62 | (274.13) | |
| **Cash Balance End of the week** | 2,074.90 | 1,687.52 | 663.39 | 1,026.01 | 888.63 | 364.50 | 227.12 | 1,339.74 | 2,065.61 | 2,178.23 | 2,290.85 | 2,016.72 | |

| Month Ending | 01/31/28 | 02/28/28 | 03/31/28 | 04/30/28 | 05/31/28 | 06/30/28 | 07/31/28 | 08/31/28 | 09/30/28 | 10/31/28 | 11/30/28 | 12/31/28 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | $ 2,016.72 | $ 2,129.34 | $ 2,241.96 | $ 1,717.83 | $ 830.45 | $ 943.07 | $ 668.94 | $ 781.56 | $ 894.18 | $ 1,620.05 | $ 1,732.67 | $ 1,845.29 | |
| **Cash Receipts:** | | | | | | | | | | | | | |
| Current Contract(s) | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 105,000.00 |
| Accounts Receivable Collections (Estimated) | | | | | | | | | | | | | |
| **Total cash receipts** | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | |
| **Operating Expenses:** | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | $ (747.00) |
| Google Fee for Cloud-Based Data Storage | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (1,648.56) |
| **Total operating disbursements** | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | |
| **Chapter 11 Expenses:** | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (18,000.00) |
| Taxes | | | $ (250.00) | | | | | | | | | | $ (250.00) |
| Unsecured Claims($1,356,429.85) | $ (7,000.00) | $ (7,000.00) | $ (7,000.00) | $ (7,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (6,000.00) | $ (7,000.00) | $ (7,000.00) | $ (8,571.16) | $ (80,571.16) |
| Fireside Operating expenses(bill pay/stamps, etc) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | $ (800.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | | | | | $ (5,000.00) |
| **Total Chapter 11-related disbursements** | $ (8,500.00) | $ (8,500.00) | $ (8,950.00) | $ (9,500.00) | $ (8,500.00) | $ (8,700.00) | $ (8,500.00) | $ (8,500.00) | $ (7,700.00) | $ (8,500.00) | $ (8,500.00) | $ (10,271.16) | |
| **Total Cash Disbursements** | $ (8,637.38) | $ (8,637.38) | $ (9,274.13) | $ (9,637.38) | $ (8,637.38) | $ (9,024.13) | $ (8,637.38) | $ (8,637.38) | $ (8,024.13) | $ (8,637.38) | $ (8,637.38) | $ (10,595.29) | |
| **Net Cash Flow** | $ 112.62 | $ 112.62 | $ (524.13) | $ (887.38) | $ 112.62 | $ (274.13) | $ 112.62 | $ 112.62 | $ 725.87 | $ 112.62 | $ 112.62 | $ (1,845.29) | |
| **Cash Balance End of the week** | $ 2,129.34 | $ 2,241.96 | $ 1,717.83 | $ 830.45 | $ 943.07 | $ 668.94 | $ 781.56 | $ 894.18 | $ 1,620.05 | $ 1,732.67 | $ 1,845.29 | $ (0.00) | |

**Priority Claims**

| Date | Amount | Interest 4% | Payment | Balance |
|---|---|---|---|---|
| 6/1/2024 | $ 99,814.02 | | $ - | $ 99,814.02 |
| 7/1/2024 | $ 99,814.02 | $ 332.71 | $ - | $ 100,146.73 |
| 8/1/2024 | $ 100,146.73 | $ 333.82 | $ - | $ 100,480.56 |
| 9/1/2024 | $ 100,480.56 | $ 334.94 | $ - | $ 100,815.49 |
| 10/1/2024 | $ 100,815.49 | $ 336.05 | $ - | $ 101,151.54 |
| 11/1/2024 | $ 101,151.54 | $ 337.17 | $ - | $ 101,488.71 |
| 12/1/2024 | $ 101,488.71 | $ 338.30 | $ - | $ 101,827.01 |
| 1/1/2025 | $ 101,827.01 | $ 339.42 | $ - | $ 102,166.43 |
| 2/1/2025 | $ 102,166.43 | $ 340.55 | $ - | $ 102,506.99 |
| 3/1/2025 | $ 102,506.99 | $ 341.69 | $ - | $ 102,848.68 |
| 4/1/2025 | $ 102,848.68 | $ 342.83 | $ - | $ 103,191.51 |
| 5/1/2025 | $ 103,191.51 | $ 343.97 | $ (6,000.00) | $ 97,535.48 |
| 6/1/2025 | $ 97,535.48 | $ 325.12 | $ (6,000.00) | $ 91,860.60 |
| 7/1/2025 | $ 91,860.60 | $ 306.20 | $ (6,000.00) | $ 86,166.80 |
| 8/1/2025 | $ 86,166.80 | $ 287.22 | $ (8,000.00) | $ 78,454.02 |
| 9/1/2025 | $ 78,454.02 | $ 261.51 | $ (8,000.00) | $ 70,715.54 |
| 10/1/2025 | $ 70,715.54 | $ 235.72 | $ (8,000.00) | $ 62,951.25 |
| 11/1/2025 | $ 62,951.25 | $ 209.84 | $ (8,000.00) | $ 55,161.09 |
| 12/1/2025 | $ 55,161.09 | $ 183.87 | $ (8,000.00) | $ 47,344.96 |
| 1/1/2026 | $ 47,344.96 | $ 157.82 | $ (7,000.00) | $ 40,502.78 |
| 2/1/2026 | $ 40,502.78 | $ 135.01 | $ (7,000.00) | $ 33,637.79 |
| 3/1/2026 | $ 33,637.79 | $ 112.13 | $ (7,000.00) | $ 26,749.91 |
| 4/1/2026 | $ 26,749.91 | $ 89.17 | $ (7,000.00) | $ 19,839.08 |
| 5/1/2026 | $ 19,839.08 | $ 66.13 | $ (6,000.00) | $ 13,905.21 |
| 6/1/2026 | $ 13,905.21 | $ 46.35 | $ (6,000.00) | $ 7,951.56 |
| 7/1/2026 | $ 7,951.56 | $ 26.51 | $ (6,000.00) | $ 1,978.07 |
| 8/1/2026 | $ 1,978.07 | $ 6.59 | $ (1,984.66) | $ (0.00) |