The order below is hereby signed.

Signed: May 13 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| **REPMGMT INC. CHARTERED**, ) | Case No. 23-00375 |
| d/b/a Fireside Campaigns, ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

## ORDER APPROVING AMENDED APPLICATION
## OF LANNAN LEGAL PLLC FOR INTERIM COMPENSATION

This matter coming before the Court upon the amended application (the "**Application**") of Lannan Legal PLLC (the "**Firm**") for interim compensation of fees and expenses incurred by the Firm as bankruptcy counsel to RepMGMT, Inc. Chartered, d/b/a Fireside Campaigns (the "**Debtor**") in the above-captioned case (this "**Case**"); the Court having reviewed the Application (including its exhibits), having considered the objection of the U.S. Trustee to an earlier version of the Application, and after argument at the hearing held to consider the Application ; the Application is granted as set forth herein:

1. The Firm is awarded interim compensation in the amount of (a) Thirty-Four Thousand Two Hundred Sixty-Nine and 00/100 Dollars ($34,269.00) in fees and (b) Five Thousand Four Hundred Forty-Six and 00/100 Dollars ($5,446.00) in expenses.

2. The Debtor is authorized, from and after entry of this Order, to pay the foregoing

allowed administrative claim to the Firm in a manner consistent with the provisions set forth in Title 11 of the United States Code and any subsequently confirmed chapter 11 plan, and subject to any subsequent order of the Court.

I ASK FOR THIS:

*/s/ Robert W. Lannan*

Robert W. Lannan (D.D.C. Bar No. 454965)
Lannan Legal PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
(202) 223-8901
robert.lannan@lannanlegal.com

*Counsel to the Debtor and Debtor in Possession*

Seen and consented to:

*/s/ Kristen S. Eustis*

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
703-557-7227
Kristen.S.Eustis@usdoj.gov