| Month Ending | 02/29/24 | 03/31/24 | 04/30/24 | 05/31/24 | 06/30/24 | 07/31/24 | 08/31/24 | 09/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | $ 15,037.19 | $ 15,037.19 | $ 30,213.06 | $ 37,192.68 | $ 13,517.92 | $ 3,368.79 | $ 4,981.41 | $ 6,094.03 | $ 4,065.26 | $ 5,177.88 | $ 4,790.50 | | |
| Cash Receipts: | | | | | | | | | | | | | |
| Current Contract(s) | | $ 8,750.00 | $ 8,750.00 | $ 13,125.00 | $ 4,375.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 87,500.00 | |
| Settlement - American Express | | $ 17,500.00 | | | | | | | | | | $ 17,500.00 | |
| Accounts Receivable Collections (Estimated) | | | | | $ - | $ 2,000.00 | | $ 2,000.00 | | $ 2,000.00 | | $ 6,000.00 | |
| **Total cash receipts** | $ - | $ 26,250.00 | $ 8,750.00 | $ 13,125.00 | $ 4,375.00 | $ 10,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | | |
| ar 121441.94 | | | | | | | | | | | | | |
| Operating Expenses: | | | | | | | | | | | | | |
| Commercial Insurance Premium | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | $ (747.00) | |
| Google Fee for Cloud-Based Data Storage | | $ (137.38) | $ (137.38) | $ (274.76) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (1,511.18) | |
| **Total operating disbursements** | $ - | $ (324.13) | $ (137.38) | $ (274.76) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | | |
| Chapter 11 Expenses: | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | | | | $ (35,000.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (500.00) | $ (500.00) | $ (73,500.00) | (70,000 prepetition and $500 per month 6/24-12/24) |
| Special Counsel Fee | | $ (9,000.00) | | | | | | | | | | $ (9,000.00) | |
| Taxes | | $ (250.00) | | | | | | | | | | $ (250.00) | |
| Payroll Processing Fees($2,254.64) | | | | | | | | $ (2,254.64) | | | | $ (2,254.64) | |
| Priority Unsecured Claims ($95,494.70@5%) | | | | | | | | | | $ (8,500.00) | $ (8,500.00) | $ (17,000.00) | |
| Subchapter V Trustee Fee (monthly escrow) | | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | | | | | | $ (7,500.00) | |
| Fireside Operating expenses(bill pay/stamps, etc) | | | $ (133.00) | $ (25.00) | $ (200.00) | | | $ (200.00) | | | $ (200.00) | $ (758.00) | |
| Accounting Fees-Deferred to Plan Effective Date | | | | | $ (5,000.00) | | | $ (2,500.00) | | | | $ (7,500.00) | |
| **Total Chapter 11-related disbursements** | $ - | $ (10,750.00) | $ (1,633.00) | $ (36,525.00) | $ (14,200.00) | $ (9,000.00) | $ (7,500.00) | $ (12,454.64) | $ (7,500.00) | $ (9,000.00) | $ (9,200.00) | | |
| **Total Cash Disbursements** | $ - | $ (11,074.13) | $ (1,770.38) | $ (36,799.76) | $ (14,524.13) | $ (9,137.38) | $ (7,637.38) | $ (12,778.77) | $ (7,637.38) | $ (9,137.38) | $ (9,524.13) | | |
| **Net Cash Flow** | $ - | $ 15,175.87 | $ 6,979.62 | $ (23,674.76) | $ (10,149.13) | $ 1,612.62 | $ 1,112.62 | $ (2,028.77) | $ 1,112.62 | $ (387.38) | $ 1,225.87 | | |
| **Cash Balance End of the week** | $ 15,037.19 | $ 30,213.06 | $ 37,192.68 | $ 13,517.92 | $ 3,368.79 | $ 4,981.41 | $ 6,094.03 | $ 4,065.26 | $ 5,177.88 | $ 4,790.50 | $ 6,016.37 | | |

| Month Ending | 01/31/25 | 02/28/25 | 03/31/25 | 04/30/25 | 05/31/25 | 06/30/25 | 07/31/25 | 08/31/25 | 09/30/25 | 10/31/25 | 11/30/25 | 12/31/25 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | $ 6,016.37 | $ 5,628.99 | $ 5,241.61 | $ 1,217.48 | $ 830.10 | $ 442.72 | $ 1,668.59 | $ 1,281.21 | $ 893.83 | $ 2,119.70 | $ 1,732.32 | $ 3,651.33 | |
| Cash Receipts: | | | | | | | | | | | | | |
| Current Contract(s) | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 105,000.00 |
| Accounts Receivable Collections (Estimated) | | | $ 2,000.00 | | | $ 2,000.00 | | | $ 2,000.00 | | | $ 2,000.00 | $ 8,000.00 |
| Total cash receipts | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | |
| Operating Expenses: | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | $ (747.00) |
| Google Fee for Cloud-Based Data Storage | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (1,648.56) |
| Total operating disbursements | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | |
| Chapter 11 Expenses: | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (6,000.00) |
| Taxes | | | $ (250.00) | | | | | | | | | | $ (250.00) |
| Priority Unsecured Claims ($95,494.70@5%) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (8,500.00) | $ (6,193.61) | | $ (91,193.61) |
| Secured Claim($65,500) | | | | | | | | | | | | $ (8,250.00) | $ (8,250.00) |
| Fireside Operating expenses(bill pay/stamps, etc) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | $ (800.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | $ (5,000.00) | | | | | | | | | | $ (5,000.00) |
| Total Chapter 11-related disbursements | $ (9,000.00) | $ (9,000.00) | $ (14,450.00) | $ (9,000.00) | $ (9,000.00) | $ (9,200.00) | $ (9,000.00) | $ (9,000.00) | $ (9,200.00) | $ (9,000.00) | $ (6,693.61) | $ (8,950.00) | |
| Total Cash Disbursements | $ (9,137.38) | $ (9,137.38) | $ (14,774.13) | $ (9,137.38) | $ (9,137.38) | $ (9,524.13) | $ (9,137.38) | $ (9,137.38) | $ (9,524.13) | $ (9,137.38) | $ (6,830.99) | $ (9,274.13) | |
| Net Cash Flow | $ (387.38) | $ (387.38) | $ (4,024.13) | $ (387.38) | $ (387.38) | $ 1,225.87 | $ (387.38) | $ (387.38) | $ 1,225.87 | $ (387.38) | $ 1,919.01 | $ 1,475.87 | |
| Cash Balance End of the week | $ 5,628.99 | $ 5,241.61 | $ 1,217.48 | $ 830.10 | $ 442.72 | $ 1,668.59 | $ 1,281.21 | $ 893.83 | $ 2,119.70 | $ 1,732.32 | $ 3,651.33 | $ 5,127.20 | |

| Month Ending | 01/31/26 | 02/28/26 | 03/31/26 | 04/30/26 | 05/31/26 | 06/30/26 | 07/31/26 | 08/31/26 | 09/30/26 | 10/31/26 | 11/30/26 | 12/31/26 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | $ 5,127.20 | $ 4,989.82 | $ 4,852.44 | $ 1,078.31 | $ 940.93 | $ 803.55 | $ 2,279.42 | $ 3,142.04 | $ 3,254.66 | $ 4,980.53 | $ 5,093.15 | $ 5,205.77 | |
| Cash Receipts: | | | | | | | | | | | | | |
| Current Contract(s) | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 105,000.00 |
| Accounts Receivable Collections (Estimated) | | | $ 2,000.00 | | | $ 2,000.00 | | | $ 2,000.00 | | | $ 2,000.00 | $ 8,000.00 |
| **Total cash receipts** | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | $ 8,750.00 | $ 8,750.00 | $ 10,750.00 | |
| Operating Expenses: | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | $ (747.00) |
| Google Fee for Cloud-Based Data Storage | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (1,648.56) |
| **Total operating disbursements** | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | |
| Chapter 11 Expenses: | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (6,000.00) |
| Taxes | | | $ (250.00) | | | | | | | | | | $ (250.00) |
| Priority Unsecured Claims ($95,494.70@5%) | | | | | | | | | | | | | $ - |
| Secured Claim($65,500) | $ (8,250.00) | $ (8,250.00) | $ (8,250.00) | $ (8,250.00) | $ (8,250.00) | $ (8,250.00) | $ (7,250.00) | | | | | | $ (56,750.00) |
| Unsecured Claims($1,372,392.09) | | | | | | | | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (40,000.00) |
| Fireside Operating expenses(bill pay/stamps, etc) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | $ (800.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | $ (5,000.00) | | | | | | | | | | $ (5,000.00) |
| **Total Chapter 11-related disbursements** | $ (8,750.00) | $ (8,750.00) | $ (14,200.00) | $ (8,750.00) | $ (8,750.00) | $ (8,950.00) | $ (7,750.00) | $ (8,500.00) | $ (8,700.00) | $ (8,500.00) | $ (8,500.00) | $ (8,700.00) | |
| **Total Cash Disbursements** | $ (8,887.38) | $ (8,887.38) | $ (14,524.13) | $ (8,887.38) | $ (8,887.38) | $ (9,274.13) | $ (7,887.38) | $ (8,637.38) | $ (9,024.13) | $ (8,637.38) | $ (8,637.38) | $ (9,024.13) | |
| **Net Cash Flow** | $ (137.38) | $ (137.38) | $ (3,774.13) | $ (137.38) | $ (137.38) | $ 1,475.87 | $ 862.62 | $ 112.62 | $ 1,725.87 | $ 112.62 | $ 112.62 | $ 1,725.87 | |
| **Cash Balance End of the week** | $ 4,989.82 | $ 4,852.44 | $ 1,078.31 | $ 940.93 | $ 803.55 | $ 2,279.42 | $ 3,142.04 | $ 3,254.66 | $ 4,980.53 | $ 5,093.15 | $ 5,205.77 | $ 6,931.64 | |

| Month Ending | 01/31/27 | 02/28/27 | 03/31/27 | 04/30/27 | 05/31/27 | 06/30/27 | 07/31/27 | 08/31/27 | 09/30/27 | 10/31/27 | 11/30/27 | 12/31/27 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | $ 6,931.64 | $ 7,044.26 | $ 7,156.88 | $ 1,632.75 | $ 1,745.37 | $ 1,857.99 | $ 1,583.86 | $ 1,696.48 | $ 1,809.10 | $ 1,534.97 | $ 1,647.59 | $ 1,760.21 | |
| Cash Receipts: | | | | | | | | | | | | | |
| Current Contract(s) | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 105,000.00 |
| Accounts Receivable Collections (Estimated) | | | | | | | | | | | | | $ - |
| Total cash receipts | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | |
| Operating Expenses: | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | $ (747.00) |
| Google Fee for Cloud-Based Data Storage | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (1,648.56) |
| Total operating disbursements | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (2,395.56) |
| Chapter 11 Expenses: | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (6,000.00) |
| Taxes | | | $ (250.00) | | | | | | | | | | $ (250.00) |
| Unsecured Claims($1,72,392.09) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (8,000.00) | $ (96,000.00) |
| Secured Claim($65,500) | | | | | | | | | | | | | $ - |
| Fireside Operating expenses(bill pay/stamps, etc) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | $ (800.00) |
| Accounting Fees-Deferred to Plan Effective Date | | | $ (5,000.00) | | | | | | | | | | $ (5,000.00) |
| Total Chapter 11-related disbursements | $ (8,500.00) | $ (8,500.00) | $ (13,950.00) | $ (8,500.00) | $ (8,500.00) | $ (8,700.00) | $ (8,500.00) | $ (8,500.00) | $ (8,700.00) | $ (8,500.00) | $ (8,500.00) | $ (8,700.00) | |
| Total Cash Disbursements | $ (8,637.38) | $ (8,637.38) | $ (14,274.13) | $ (8,637.38) | $ (8,637.38) | $ (9,024.13) | $ (8,637.38) | $ (8,637.38) | $ (9,024.13) | $ (8,637.38) | $ (8,637.38) | $ (9,024.13) | |
| Net Cash Flow | $ 112.62 | $ 112.62 | $ (5,524.13) | $ 112.62 | $ 112.62 | $ (274.13) | $ 112.62 | $ 112.62 | $ (274.13) | $ 112.62 | $ 112.62 | $ (274.13) | |
| Cash Balance End of the week | $ 7,044.26 | $ 7,156.88 | $ 1,632.75 | $ 1,745.37 | $ 1,857.99 | $ 1,583.86 | $ 1,696.48 | $ 1,809.10 | $ 1,534.97 | $ 1,647.59 | $ 1,760.21 | $ 1,486.08 | |

| Month Ending | 01/31/28 | 02/28/28 | 03/31/28 | 04/30/28 | 05/31/28 | 06/30/28 | 07/31/28 | 08/31/28 | 09/30/28 | 10/31/28 | 11/30/28 | 12/31/28 | Totals | Plan Totals | Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of the week | $ 1,486.08 | $ 2,098.70 | $ 2,711.32 | $ 187.19 | $ 799.81 | $ 1,412.43 | $ 1,638.30 | $ 2,250.92 | $ 363.54 | $ 589.41 | $ 1,202.03 | $ 1,814.65 | | | |
| Cash Receipts: | | | | | | | | | | | | | | | |
| Current Contract(s) | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 105,000.00 | | |
| Accounts Receivable Collections (Estimated) | | | | | | | | | | | | | | | |
| **Total cash receipts** | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | $ 8,750.00 | | | |
| Operating Expenses: | | | | | | | | | | | | | | | |
| Commercial Insurance Premium | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | | | $ (186.75) | $ (747.00) | | |
| Google Fee for Cloud-Based Data Storage | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (137.38) | $ (1,648.56) | | |
| **Total operating disbursements** | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | $ (137.38) | $ (137.38) | $ (324.13) | | | |
| Chapter 11 Expenses: | | | | | | | | | | | | | | | |
| Legal Fees-Deferred to Plan Effective Date | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (6,000.00) | | |
| Taxes | | | $ (250.00) | | | | | | | | | | $ (250.00) | | |
| Unsecured Claims($1,356,429.85) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (9,000.00) | $ (91,500.00) | $ (227,500.00) | 0.168684 |
| Fireside Operating expenses(bill pay/stamps, etc) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | | | $ (200.00) | $ (800.00) | | |
| Accounting Fees-Deferred to Plan Effective Date | | | $ (2,500.00) | | | | | $ (2,500.00) | | | | | $ (5,000.00) | | |
| **Total Chapter 11-related disbursements** | $ (8,000.00) | $ (8,000.00) | $ (10,950.00) | $ (8,000.00) | $ (8,000.00) | $ (8,200.00) | $ (8,000.00) | $ (10,500.00) | $ (8,200.00) | $ (8,000.00) | $ (8,000.00) | $ (9,700.00) | | | |
| **Total Cash Disbursements** | $ (8,137.38) | $ (8,137.38) | $ (11,274.13) | $ (8,137.38) | $ (8,137.38) | $ (8,524.13) | $ (8,137.38) | $ (10,637.38) | $ (8,524.13) | $ (8,137.38) | $ (8,137.38) | $ (10,024.13) | | | |
| **Net Cash Flow** | $ 612.62 | $ 612.62 | $ (2,524.13) | $ 612.62 | $ 612.62 | $ 225.87 | $ 612.62 | $ (1,887.38) | $ 225.87 | $ 612.62 | $ 612.62 | $ (1,274.13) | | | |
| **Cash Balance End of the week** | $ 2,098.70 | $ 2,711.32 | $ 187.19 | $ 799.81 | $ 1,412.43 | $ 1,638.30 | $ 2,250.92 | $ 363.54 | $ 589.41 | $ 1,202.03 | $ 1,814.65 | $ 540.52 | | | |

**Priority Claims**

| Date | Amount | Interest 5% | Payment | Balance | |
|---|---|---|---|---|---|
| 6/1/2024 | $ 95,494.70 | | $ - | $ 95,494.70 | 95494.7 |
| 7/1/2024 | $ 95,494.70 | $ 397.89 | $ - | $ 95,892.59 | |
| 8/1/2024 | $ 95,892.59 | $ 399.55 | $ - | $ 96,292.15 | |
| 9/1/2024 | $ 96,292.15 | $ 401.22 | $ - | $ 96,693.36 | |
| 10/1/2024 | $ 96,693.36 | $ 402.89 | $ - | $ 97,096.25 | |
| 11/1/2024 | $ 97,096.25 | $ 404.57 | $ (8,500.00) | $ 89,000.82 | |
| 12/1/2024 | $ 89,000.82 | $ 370.84 | $ (8,500.00) | $ 80,871.66 | |
| 1/1/2025 | $ 80,871.66 | $ 336.97 | $ (8,500.00) | $ 72,708.62 | |
| 2/1/2025 | $ 72,708.62 | $ 302.95 | $ (8,500.00) | $ 64,511.58 | |
| 3/1/2025 | $ 64,511.58 | $ 268.80 | $ (8,500.00) | $ 56,280.37 | |
| 4/1/2025 | $ 56,280.37 | $ 234.50 | $ (8,500.00) | $ 48,014.88 | |
| 5/1/2025 | $ 48,014.88 | $ 200.06 | $ (8,500.00) | $ 39,714.94 | |
| 6/1/2025 | $ 39,714.94 | $ 165.48 | $ (8,500.00) | $ 31,380.42 | |
| 7/1/2025 | $ 31,380.42 | $ 130.75 | $ (8,500.00) | $ 23,011.17 | |
| 8/1/2025 | $ 23,011.17 | $ 95.88 | $ (8,500.00) | $ 14,607.05 | |
| 9/1/2025 | $ 14,607.05 | $ 60.86 | $ (8,500.00) | $ 6,167.91 | |
| 10/1/2025 | $ 6,167.91 | $ 25.70 | $ (6,193.61) | $ 0.00 | |